IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

STEVEN L. EGINOIRE and )
DANIEL H. LOWE, )
)
)
             Plaintiffs, )
v. ) Case No. 05-CV-2018-CM-DJW
)
MARKET FOODS LIMITED, L.L.C., )
RICHARD H. DONCKERS, )
H. COLLINS HAYNES, )
DAVID W. MONTOYA, and )
CARLOS RODRIQUEZ, )
)
             Defendants. )

## JOURNAL ENTRY OF JUDGMENT

This case was tried to the Court on November 3, 2006. Plaintiff Daniel H. Lowe appeared in person, and both plaintiffs appeared by and through counsel, Douglas M. Weems and Phillip W. Goodin of Spencer Fane Britt & Brown, L.L.P. The defendant H. Collins Haynes appeared by and through his counsel, Lee M. Smithyman of Smithyman & Zakoura, Chartered.

On September 19, 2006, in a Memorandum and Order (Doc. 117) the Court granted plaintiff's Motion for Summary Judgment as to all liability issues and denied defendant's Motion for Summary Judgment, leaving damages as the only issue to be tried.

After hearing all issues related to said damages, the Court determined that plaintiff sustained the following contract damages:

    1.    Principal balance on Note of $1,976,760.48 as of December 17, 2004;

2. Total Interest at 11.5% (i.e., 6.5% note interest and 5.0% default note interest) from December 17, 2004, through November 3, 2006, in the amount of $433,813.02;

3. Attorneys' fees in the total amount of $135,904.12;

4. Costs in the amount of $5,309.66.

IT IS, THEREFORE, CONSIDERED, ADJUDGED, AND DECREED that judgment is hereby entered in favor of the plaintiffs and against the defendant H. Collins Haynes in the amount of $2,551,787.28.

IT IS SO ORDERED.

s/ Carlos Murguia
Judge of the US District Court

Approved:

SPENCER FANE BRITT & BROWNE

By _____
Douglas M. Weems, #14771
1000 Walnut, Suite 1400
Kansas City, MO 64106
816-474-8011 / fax: 816-474-3216
Attorneys for Plaintiffs

SMITHYMAN & ZAKOURA, CHARTERED

By _____
Lee M. Smithyman, #9391
750 Commerce Plaza II
7400 West 110th Street
Overland Park, KS 66210-2346
913-661-9800 / fax: 913-661-9863
Attorneys for H. Collins Haynes